UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>                    Plaintiff,<br><br>         v.<br><br>C. ROMERO,<br><br>                    Defendant. | No. 2:22-cvv-00945-JDP (PC)<br><br><br>ORDER |

Glenn O'Connor, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. However, Mr. O'Connor did not sign his complaint. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider Mr. O'Connor's complaint unless he signs and re-files it.

Accordingly, Mr. O'Connor is provided an opportunity to re-file his complaint bearing his signatures. Failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, Mr. O'Connor shall re-file a signed complaint. Mr. O'Connor's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: _May 24, 2023_   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE