UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>             Plaintiff,<br><br>     v.<br><br>C. ROMERO,<br><br>             Defendant. | Case No. 2:23-cv-00945-JDP (PC)<br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file his application for leave to proceed *in forma pauperis*. ECF No. 9. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 9, is granted.

2. Plaintiff is granted thirty days from the date of this order to file his application for leave to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   July 5, 2023                                      _____
                                                                        JEREMY D. PETERSON
                                                                        UNITED STATES MAGISTRATE JUDGE