UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR, | No. 2:23-cv-00945-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| C. ROMERO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion to stay the proceeding for ninety days so that he can pay the filing fee. ECF No. 13. The court construes plaintiff's motion as a request for additional time and grants the motion in part.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to stay, ECF No. 13, is construed as a motion for an extension of time and is granted in part.

2. Plaintiff shall either pay the filing fee or apply for leave to proceed *in forma pauperis* within forty-five days of issuance of this order.

1

IT IS SO ORDERED.

Dated:    August 20, 2023                                          
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE